IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MUTNICK, for himself and others similarly situated, | ) ) ) | |
| | ) | Case No. 20 C 512 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Sharon Johnson Coleman |
| | ) ) | |
| CLEARVIEW AI, INC.; HOAN TON-THAT; RICHARD SCHWARTZ; and CDW GOVERNMENT LLC, | ) ) ) ) | |
| Defendants. | ) | |
| ANTHONY HALL, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | Case No. 20 C 846 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Sharon Johnson Coleman |
| | ) ) | |
| CDW GOVERNMENT LLC and CLEARVIEW AI, INC., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS CLEARVIEW AI, INC., HOAN TON-THAT, AND RICHARD SCHWARTZ'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

NOW COME Defendants Clearview AI, Inc. ("Clearview"), Hoan Ton-That, and Richard Schwartz (collective, the "Clearview Defendants"), by and through their counsel, and pursuant to Federal Rule of Civil Procedure (12)(b)(2), move to dismiss for lack of personal jurisdiction, or in the alternative, to transfer venue pursuant to 28 U.S.C. § 1404(a). In support hereof, the Clearview Defendants state as follows:

1

1.      Plaintiff Mutnick filed a putative class action complaint against the Clearview Defendants, and Plaintiff Hall filed a similar complaint, which was consolidated with the *Mutnick* case.  No. 20-cv-512, ECF Nos. 1, 37; No. 20-cv-846, ECF No. 1.

2.      As demonstrated by the Memorandum in support of this Motion, and the Declarations of Richard Schwartz and Hoan Ton-That, which are filed in support of this Motion, the Clearview Defendants are not subject to personal jurisdiction in Illinois.  These cases should therefore be dismissed.

3.      In the alternative, these cases should be transferred to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a), which is the only venue that has jurisdiction over all of the Clearview Defendants.

WHEREFORE, for the reasons set forth above and those in the Clearview Defendants' accompanying memorandum of law, the Clearview Defendants respectfully request that the Court enter an order dismissing these cases for lack of personal jurisdiction, or in the alternative, transferring these cases to the United States District Court for the Southern District of New York.

DATED: April 27, 2020            JENNER & BLOCK LLP

By: */s/ Lee Wolosky*
Lee Wolosky (admitted *pro hac vice*)
Andrew J. Lichtman (*pro hac vice* pending)
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Phone: (212) 891-1600
lwolosky@jenner.com
alichtman@jenner.com

Howard S. Suskin
David P. Saunders
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
hsuskin@jenner.com
dsaunders@jenner.com

*Attorneys for Defendant Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz*

## **CERTIFICATE OF SERVICE**

I certify that on April 27, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

By: */s/ Lee Wolosky*
Lee Wolosky