IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY HALL,<br>on behalf of himself and all others<br>similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CLEARVIEW AI, INC., and.<br>CDW GOVERNMENT LLC;<br><br>　　　　　　Defendants. | Case No. 20-cv-00846<br><br>Hon. Sharon Johnson Coleman<br><br>Magistrate Maria Valdez |

**RESPONSE TO DEFENDANT CLEARVIEWS MOTION TO STAY**

　　　Plaintiff, Anthony Hall, on behalf of himself and all others similarly situated, and in response to Defendant Clearview's Motion to Stay, ECF 31, adopts in its entirety the response to the identical motion filed in Mutnick v. Clearview AI, 20-cv-512, ECF 57.

　　　Hall can submit the motion upon request of the Court.


Submitted By:
/s/ Michael W. Drew

Michael Drew
Neighborhood Legal LLC
20 N. Clark Street #3300
Chicago, IL 60602
312-967-7220
mwd@neighborhood-legal.com


Michael Wood
Community Lawyers LLC

20 N. Clark Street, Suite 3100
Chicago, IL 60602
Tel (312) 757-1880
mwood@communitylawyersgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Michael Drew, and attorney, hereby certify that, on May 6, 2020, I filed the foregoing document using the Court's CM/ECF system, which will serve the document via email on all counsel of record.

/s/ Michael Drew

Michael Drew

*One of Plaintiff's Attorneys*