IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY HALL, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 20-cv-00846 ) ) Hon. Sharon Coleman |
| CLEARVIEW AI, INC., and. CDW GOVERNMENT LLC; | ) ) Magistrate Maria Valdez ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CDW-G

Plaintiff, Anthony Hall, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant CDW GOVERNMENT, LLC, only and WITHOUT PREJUDICE with each side to bear its own costs and fees.

Dated: July 27, 2020

Submitted By:

/s/ Michael W. Drew

Michael Drew
Neighborhood Legal LLC
20 N. Clark Street #3300
Chicago, IL 60602
312-967-7220
mwd@neighborhood-legal.com

Michael Wood
Community Lawyers LLC
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Tel (312) 757-1880
mwood@communitylawyersgroup.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I, Michael Drew, an attorney, certify that I filed the above document using the Court's CM/ECF electronic filing system which will send a copy of the same to each counsel of record.

| | |
|---|---|
| Dated: July 27, 2020 | Signed: /s/ Michael Drew |